1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant DUVALL

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                         OAKLAND DIVISION

10  UNITED STATES OF AMERICA,          )      No. 03-40236 SBA
                                       )
11           Plaintiff,                )
                                       )
                                       )      STIPULATED REQUEST TO SET
12       v.                            )      SUPERVISED RELEASE VIOLATION
                                       )      ADMISSION AND DISPOSITION
13                                     )      HEARING DATE ON JULY 27, 2010 AND
    ROY CLIFFORD DUVALL,               )      ORDER
14                                     )
             Defendant.                )
15                                     )
                                       )
    _____)
16

17       The parties jointly request that the Court set this supervised release matter on the Court's

18  July 27, 2010 calendar at 10:00 a.m. for admission and disposition.  Mr. Duvall was convicted as

19  a felon in possession of a firearm (18 U.S.C. § 922(g)) and, on October 5, 2004, the Court

20  sentenced Mr. Duvall to 57 months imprisonment and to three years of supervised release.  Mr.

21  Duvall was on supervision for almost a year before he was arrested for the possession of stolen

22  tools.

23       There are four pending allegations in a Probation Form 12 Petition.  Specifically, the

24  Form 12 alleges that Mr. Duvall violated the terms and conditions of his supervised release by

25  committing a new offense (possession of stolen tools), failing to notify the probation officer of

26  his new address, missing one urinalysis appointment and associating with a person engaged in

Stip. Req. To Set Supervised Release Disposition,
CR-03-40236 SBA

1   criminal activity.

2       It is respectfully requested that the Court set this matter over until July 27, 2010 to give

3   Probation and the parties sufficient time to prepare memoranda for the Court.  If this matter is

4   scheduled on the Court's July 27, 2010 calendar, Mr. Duvall will admit to the allegations in the

5   petition and hopes to be sentenced by the Court.  Defense counsel spoke to the assigned

6   probation officer in this case, Shaheen Shan, and Ms. Shan advises that she is available on July

7   27, 2010 and can file a violation memorandum for the Court by July 13, 2010, two weeks before

8   the proposed disposition date.  The parties stipulate and agree to submit any sentencing

9   memorandum to the Court by July 20, 2010, giving the Court a week to consider the parties'

10  proposed disposition of this case.

11      Because this case involves an allegation that Mr. Duvall violated the terms of his

12  supervision in a post-conviction proceeding, the parties agree that Speedy Trial Act does not

13  apply.

14

15  DATED: June 29, 2010                          /S/
                                            GARTH HIRE
16                                          Assistant United States Attorney

17
    DATED: June 29, 2010                          /S/
18                                          ANGELA M. HANSEN
                                            Assistant Federal Public Defender
19

20      I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
    within this e-filed document.                   /S/ ANGELA M. HANSEN

21

22

23

24

25

26

Stip. Req. To Set Supervised Release Disposition,
CR-03-40236 SBA                              2

1

# ORDER

2     Based on the reasons provided in the stipulation of the parties above, the Court hereby

3 FINDS:

4     1.     Given that a Probation Form 12 petition has been filed alleging that Mr. Duvall

5 violated the terms of his supervised release;

6     2.     Given that Mr. Duvall plans to admit to the allegations in the Petition;

7     3.     Given that the Probation office will prepare a violation memorandum for the

8 Court by July 13, and the parties will submit sentencing memoranda by July 20, 2010;

9     4.     Given that this is a post-conviction proceeding and that the Speedy Trial Act does

10 not apply;

11     Based on these findings, IT IS HEREBY ORDERED that this matter is set before the

12 Honorable Saundra Brown Armstrong on July 27, 2010 at 10:00 a.m. for admission and

13 disposition.

14

15 DATED:_7/1/10                              _____
                                             HON. SAUNDRA BROWN ARMSTRONG
16                                           United States District Judge

17

18

19

20

21

22

23

24

25

26

Stip. Req. To Set Supervised Release Disposition,
CR-03-40236 SBA                              3